# United States District Court
## Violation Notice
(Rev. 1/2019)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0513 | 9576026 | HAMILTON | C093 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged  ☐ CFR  ☐ USC  ☑ State Code |
|---|---|
| 08/12/2025  0010HRS | ORC 4510.11 |

Place of Offense: 3990 E BROAD ST, COL, OH 43213
~~401 HYPERLING RD, COLUMBUS OH 43213~~

Offense Description: Factual Basis for Charge — HAZMAT ☐
DRIVING WHILE UNDER SUSPENSION

**DEFENDANT INFORMATION**

Last Name: BRENNING
First Name: WILLIAM
MI: F

Tag No: 285 ZDH
State: OH
Year: 2018
Make: HONDA CRV
Color: WHITE

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ ___ Total Collateral Due

**YOUR COURT DATE**
Court Address: U.S. DISTRICT COURT, 85 MARCONI BLVD, COLUMBUS, OH 43215, (614) 719-3000
Date: 10/16/2025
Time: 11:00 AM

X Defendant Signature: W.B.

Original - CVB Copy
*9576026*

---

I state that on AUGUST 12, 2025 while exercising my duties as a law enforcement officer in the SOUTHERN District of OHIO

ON AUGUST 12TH, 2025 AT APPROXIMATELY 0010HRS OFFICER SCHECK SPOTTED A WHITE HONDA CRV TRAVELLING THE WRONG WAY ON THE OUTBOUND LANES, ENTERING ONTO THE DSCC THE WRONG WAY. OFFICER DOLBY AND LIEUTENANT MYERS INITIATED A TRAFFIC STOP OF THE VEHICLE. THE DRIVER OF THE VEHICLE WAS IDENTIFIED AS WILLIAM F. BRENNING OF PICKERINGTON, OHIO. WHEN MR. BRENNING'S DRIVERS LICENSE WAS RAN THROUGH LEADS, IT WAS FOUND HIS DRIVERS LICENSE WAS SUSPENDED.

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/12/2025  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident